IN THE MATTER OF CONTRACT FOR ROUTE 280, SECTION
7U EXIT PROJECT.

February 19, 1982.

## ORDER

This appeal having been certified by the Court, 88 *N.J.* 473 (1981), upon the petition of the Commissioner of the Department of Transportation seeking review of the final judgment of the Appellate Division whose decision is reported at 179 *N.J.Super.* 280 (1981); and the Court having considered the briefs and oral argument of the parties; and the Court having reviewed the final judgment and decision of the Appellate Division; and

The Court now being satisfied that grounds for certification do not exist under *R.* 2:12–4 for the reasons that (1) the final judgment of the Appellate Division is essentially an application of the principles enunciated by this Court in *Terminal Const. Corp. v. Atlantic City Sewerage Auth.*, 67 *N.J.* 403 (1975) to the facts of this case and does not therefore present an unsettled question of general public importance; (2) the appeal is moot as to the parties to the litigation and does not therefore present a matter required to be adjudicated by this Court in the interest of justice; (3) *Marvec Allstate, Inc. v. Gray & Pear, Inc.*, 148 *N.J.Super.* 481 (App.Div.1977), cited by the court below, is not essential to its final judgment and is hereby disapproved as

1

precedential authority; (4) the decision on review does not present a conflict among judicial decisions that requires clarification or calls for this Court's supervision; and (5) no other certifiable questions are presented under the appropriate Rules Governing the Courts;

It is ORDERED that, certification having been improvidently granted, the within appeal is dismissed.

*For vacation*—Chief Justice WILENTZ and Justices PASHMAN, CLIFFORD, SCHREIBER, HANDLER, POLLOCK and O'HERN—7.

*Opposed*—None.